IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY ALVAREZ, | ) | C 07-3667 MMC(PR) |
| Petitioner, | ) | **ORDER OF TRANSFER** |
| vs. | ) | |
| VICTOR M. ALMAGER, Warden, | ) | |
| Respondent. | ) | **(Docket Nos. 2, 4 & 5)** |

On July 17, 2007, petitioner, a California prisoner incarcerated at Centinela State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He challenges a conviction obtained in the Superior Court of San Diego County.

Pursuant to 28 U.S.C. § 2241(d), venue for a habeas action is proper in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). In the instant action, neither the district of confinement nor the district of conviction is located within the venue of the Northern District of California. Centinela State Prison, where petitioner is confined, is in Imperial County, which is located within the venue of the Southern District of California. See 28 U.S.C. § 84(d). San Diego County, where petitioner was convicted, also is located within the venue of the Southern District of California. See id.

When venue is improper, the district court has the discretion to either dismiss the

action or transfer it "in the interest of justice." See 28 U.S.C. § 1406(a). Accordingly, in the interest of justice, the above-titled action is hereby TRANSFERRED to the United States District Court for the Southern District of California. In light of the transfer, this Court will defer to the Southern District with respect to petitioner's in forma pauperis application.

The Clerk shall close the file and terminate Docket Nos. 2, 4 and 5 on this Court's docket.

IT IS SO ORDERED.

DATED: October 23, 2007

_____
MAXINE M. CHESNEY
United States District Judge